GUARANTY TRUST COMPANY OF NEW YORK, Appellant, *v.* KINGS-COTE REALTY CORPORATION et al., Respondents, Impleaded with Others.

Argued March 10, 1942; decided April 23, 1942.

*Edward J. McGratty, Jr.*, for appellant.

*Alvin T. Sapinsley, Edwin J. Lukas* and *Louis Okin* for respondents.

Judgment affirmed, with costs; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, FINCH, RIPPEY, LEWIS, CONWAY and DESMOND, JJ.